## INGRAM, COMR. OF INSURANCE v. INSURANCE CO.

No. 69PC
No. 113 (Spring Term)

Case below: 48 N.C. App. 643

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 4 March 1981. Motion of Insurance Guaranty Assoc. to dismiss appeal for lack of substantial constitutional question denied 4 March 1981.

## IN RE STROUTH

No. 166PC

Case below: 49 N.C. App. 698

Petitions by Dept. of Social Services and Alpha Mae Strouth for discretionary review under G.S. 7A-31 denied 4 March 1981.

## LANE v. SURETY CO.

No. 100PC

Case below: 48 N.C. App. 634

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 March 1981.

## MACON v. EDINGER

No. 162PC
No. 117 (Spring Term)

Case below: 49 N.C. App. 624

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 March 1981.

## MOORMAN v. LITTLE

No. 11PC

Case below: 48 N.C. App. 742

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 March 1981.